# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 118 MM 2014 |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| DAVID LEE KILGUS, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of October, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DISMISSED**. <u>See</u> <u>Commonwealth v. Reid</u>, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is **DIRECTED** to forward this filing to counsel of record.